IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Bailey, Willie C | Case Number:  06 B 03215 |
| | Judge:  Wedoff, Eugene R |
| Printed:  8/12/08 | Filed:  3/28/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed:  June 26, 2008
Confirmed:  May 18, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 1,586.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 871.04 |
| Priority: | | 0.00 |
| Administrative: | | 633.92 |
| Trustee Fee: | | 81.04 |
| Other Funds: | | 0.00 |
| Totals: | 1,586.00 | 1,586.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Timothy K Liou | Administrative | 2,509.20 | 633.92 |
| 2. | Peoples Energy Corp | Unsecured | 62.62 | 44.68 |
| 3. | RoundUp Funding LLC | Unsecured | 65.41 | 56.83 |
| 4. | Alaska USA Federal Credit Unio | Unsecured | 268.84 | 233.54 |
| 5. | R A Rogers, Inc | Unsecured | 461.86 | 418.32 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 135.45 | 117.67 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 8. | Bankers Collection Company | Unsecured | | No Claim Filed |
| 9. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | | No Claim Filed |
| 11. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 12. | LVNV Funding | Unsecured | | No Claim Filed |
| 13. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 14. | Goodwin Bryan & Schill | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 3,503.38 | $ 1,504.96 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5% | 19.67 |
| 4.8% | 24.20 |
| 5.4% | 37.17 |
| | _____ |
| | $ 81.04 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Bailey, Willie C | Case Number:  06 B 03215 |
| | Judge:  Wedoff, Eugene R |
| Printed:  8/12/08 | Filed:  3/28/06 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

